IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                                    2:18-cr-229-2

Jeralyn R. Dougherty

ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 25) that the defendant's guilty pleas be accepted. The court accepts the defendant's pleas of guilty to Counts 1 and 3 of the information, and she is hereby adjudged guilty on those counts. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: February 28, 2019            s\James L. Graham
                                          James L. Graham
                                          United States District Judge